1  MICHELE BECKWITH
   Acting United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7                      IN THE UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10 | ARTHAM S. KUMAR,                    | CASE NO. 2:24-CV-03678-AC
11 |                    Plaintiff,       | STIPULATION AND [PROPOSED] ORDER FOR
12 |            v.                       | FIRST EXTENSION OF TIME
13 |                                     |
14 | U.S. CITIZENSHIP AND IMMIGRATION    |
   | SERVICES,                           |
15 |                                     |
   |                    Defendant.       |
16

     Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns a Form I-829 – petition by investor to remove conditions on permanent resident status for Plaintiff Artham Kumar and his family, which Plaintiffs filed in April 2024. The parties anticipate that U.S. Citizenship and Immigration Services ("USCIS") will be able to complete the adjudication of Plaintiff's petition shortly, which is expected to render this lawsuit moot.

1

1     The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is June 12, 2025.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  February 26, 2025

          MICHELE BECKWITH
          Acting United States Attorney

By:  /s/ ELLIOT C. WONG
      ELLIOT C. WONG
      Assistant United States Attorney

/s/ BELMA DEMIROVIC CHINCHOY
BELMA DEMIROVIC CHINCHOY
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

    It is so ordered.

Dated: February 26, 2025

          ALLISON CLAIRE
          UNITED STATES MAGISTRATE JUDGE